FILED

10/28/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0190

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0190

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                   O R D E R

KENT RODERICK JENSEN,

     Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to the Court sitting en banc.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Gregory R. Todd, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
October 28 2020